UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LEROY BLUE | * | CIVIL ACTION NO.: 2:10-CV-3341 |
| | * | |
| VERSUS | * | SECTION "B" |
| | * | JUDGE IVAN L.R. LEMELLE |
| OMEGA PROTEIN CORPORATION, | * | |
| F/V ANNA AND F/V GRAND BATTURE | * | MAGISTRATE (4) |
| | * | MAG. JUDGE KAREN WELLS ROBY |
| *   *   *   *   *   *   * | | |

### CERTIFICATE OF CORPORATE DISCLOSURE

**NOW INTO COURT**, through undersigned cousnel, comes Respondent, Omega Protein, Inc., who, in accordance with Federal Rule of Civil Procedure 7.1, advises that it is a wholly owned subsidiary of Omega Protein Corporation.

Respectfully submitted,

**DUNCAN, COURINGTON & RYDBERG, L.L.C.**

s/ Elton F Duncan III
_____
**ELTON F. DUNCAN III, T.A. (#14967)**
**KELLEY A. SEVIN (#25871)**
400 Poydras Street, Suite 1200
New Orleans, LA  70130
Telephone: (504) 524-5566
Facsimile: (504) 524-9003
E-Mail: eduncan@duncour.com
E-Mail: ksevin@duncour.com
Attorneys for defendant, Omega Protein, Inc.,
F/V ANNA and F/V GRAND BATTURE

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record, via e-mail, through CM/ECF electronic filing, this 4th day of October, 2010.

s/ *[signature: Glen F Duncan III]*