**MINUTE ENTRY**
**ROBY, M. J.**
**September 7, 2011**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LEROY BLUE** | **CIVIL ACTION** |
| **VERSUS** | **NO:  10-3341** |
| **OMEGA PROTEIN CORPORATION, ET AL** | **SECTION: "B" (4)** |

Settlement Conference continued by telephone until this date.  Participating were: Alexander G. Dwyer representing the plaintiff and Elton Ford Duncan, III representing the defendants. Negotiations were successful and a settlement was reached.

The District Judge's staff has been notified to enter a dismissal with a retention of jurisdiction for settlement enforcement purposes.

_____
**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**

**CLERK TO NOTIFY:**
**Judge Ivan L. R. Lemelle**

**MJSTAR: 00:30**